**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joel NATER, aka Joel Paul Nater, aka
Robert Berger, aka Michael Burke,
aka Glen Howard Goodknight, aka
Glen Howard Goodnight, aka Dennis
Hodgson, aka Joel Nader, aka Joe Na-
torowitz, aka Joel Paul Natter, aka
Joel Van Horn, Defendant–Appellant.**

Nos. 01–50330, 01–50332.
D.C. Nos. CR–98–01180–AHM,
CR–99–01336–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and
GRABER, Circuit Judges.

MEMORANDUM**

In these consolidated appeals, Joel Na-
ter appeals his guilty-plea conviction and
72–month sentence for one count of false
representation of a social security number,
two counts of bankruptcy fraud, and one
count of failure to appear, in violation of 42
U.S.C. § 408(a)(7)(B), 18 U.S.C. §§ 152(3),
and 3146(a)(1), respectively. Nater's coun-
sel filed a motion to withdraw as counsel of
record and a brief pursuant to *Anders v.
California,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Nater has not filed a
pro se supplemental brief, and appellee did
not file an answering brief. We have jur-
isdiction pursuant to 28 U.S.C. § 1291 and
18 U.S.C. § 3742, and we affirm.

Our review of the *Anders* brief and our
independent review of the record pursuant
to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct.
346, 102 L.Ed.2d 300 (1988), does not re-
veal any arguable issues for appeal. Ac-
cordingly, counsel's motion to withdraw as
counsel of record is **GRANTED**, and the
district court's decision is **AFFIRMED.**[1]

---

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

1. The Clerk is directed to conform the docket
to the caption as set forth above.